IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS TYLER DIVISION

| | |
|---|---|
| WILLIAM HOLLOWAY, #167657, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:23-cv-196-JDK-JDL |
| § | |
| OFFICER DAWSON NEWMAN, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff William Holloway filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 pro se and *in forma pauperis* as a pretrial detainee in the Gregg County Jail. The case was referred to United States Magistrate Judge John D. Love, for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On May 25, 2023, the Magistrate Judge issued a Report recommending that the case be dismissed with prejudice pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e) due to Plaintiff's failure to state a claim for which relief can be granted. Docket No. 6. A copy of this Report was sent to Plaintiff, who has not filed written objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court. This case is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915A and 1915(e). All pending motions are **DENIED** as **MOOT**.

So **ORDERED** and **SIGNED** this **5th** day of **July, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE